UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILLIAN FIGUEROA, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY, a foreign corporation,<br><br>　　　　　　　　Defendant. | NO: 4:17-CV-5096-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 118). The parties represent that pursuant to their settlement, this action should be dismissed with prejudice and without fees or costs to any party.

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or fees to any party.

2. Any pending motions are **DENIED** as moot and all pretrial hearings and trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, enter Judgment, provide copies to counsel, and **CLOSE** the file.

DATED October 18, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2